RECEIVED
USDC, WESTERN DISTRICT OF LA
TONY R. MOORE, CLERK
DATE 1/14/11

**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

**MONROE DIVISION**

| | |
|---|---|
| ARTHUR LEE SCOTT | CIVIL ACTION NO. 3:10-cv-0563 |
| VERSUS | SECTION P |
| LARRY G. COX, ET AL. | JUDGE ROBERT G. JAMES |
| | MAGISTRATE JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

**IT IS ORDERED** that Plaintiff's civil rights Complaint be **DISMISSED** in accordance with the provisions of FRCP Rule 41(b) and LR 41.3.

MONROE, LOUISIANA, this 13 day of January, 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE